PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JULIE KAREN CHAPMAN, ) | Civil No. 2:16-cv-00212-KJN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **SECOND EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE HER** |
| ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief.  Defendant respectfully request this additional time because a recent series of attorney departures from the office have resulted in significant reassignments of work, including a Ninth Circuit oral argument and a Ninth Circuit responsive brief to the undersigned.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief will be Monday, November 7, 2016.

Respectfully submitted,

Date: *October 18, 2016*　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Monica Perales\**
MONICA PERALES
*\* By email authorization on Oct. 18, 2016*
Attorney for Plaintiff

Date: *October 18, 2016*　　　　PHILIP A. TALBERT
Acting United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: October 20, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2