PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JULIE KAREN CHAPMAN, ) | Civil No. 2:16-cv-00212-KJN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A THIRD EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER** |
| ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her responsive brief.  Defendant respectfully request this additional time because a very heavy workload, including an oral argument just completed in Pasadena on Monday, November 7 requiring work travel and significant preparation time.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief will be Monday, November 21, 2016.

                                                Respectfully submitted,

Date: _November 7, 2016_          LAW OFFICES OF LAWRENCE D. ROHLFING

                                 By:    _/s/ Monica Perales*_
                                             MONICA PERALES
                                             *By email authorization on Nov. 7, 2016*
                                             Attorney for Plaintiff

Date: _November 7, 2016_          PHILIP A. TALBERT
                                             Acting United States Attorney

                                   By:    _/s/ Jeffrey Chen_
                                             JEFFREY CHEN
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

                                               <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  November 14, 2016

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE